

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Plaintiff, | § |
| v. | § No. 3:11CV2006-M |
| BRADLEY D. WOY, | § |
| Defendant, | § |
| and | § |
| BANK OF AMERICA, NA, EXPRESS WORKING CAPITAL, LLC, JPMORGAN CHASE BANK, NA, SENSIBLE INVESTMENTS, LLC, and UBS FINANCIAL SERVICES, INC., | § |
| Garnishees. | § |

## APPLICATION FOR WRITS OF GARNISHMENT

The United States of America (United States) applies under 18 U.S.C. § 3613 and 28 U.S.C. §§ 3002, 3202, and 3205 for issuance of Writs of Garnishment for substantial nonexempt property belonging to or due Defendant Bradley D. Woy (Woy), who is a judgment debtor of the United States, and/or his spouse, Krystal C. Woy. These writs are sought in connection with a judgment dated November 3, 2005 for the United States against Woy in criminal case number 3:03-CR-270-02.

Computation of the debt as of August 9, 2011 is:

| | |
|---|---|
| $789,100.00 | Judgment amount |
| ($ 13,933.39) | Credits applied to judgment |
| $775,166.61 | Debt balance |

The judgment debtor's full name is Bradley D. Woy, his social security number is 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, and last known address is c/o William B. Mateja, Fish & Richardson, Dallas, TX 75201. Not less than 30 days has elapsed since demand on the debtor for payment of the debt was made, and Woy has not paid the amount due. The names and addresses of the garnishees and their authorized agents are:

Bank of America, NA and its affiliates, successors, or assigns
C T Corp. System, Registered Agent
350 N. St. Paul Street, Suite 2900
Dallas, TX 75201

Express Working Capital, LLC and its affiliates, successors, or assigns
C T Corp. System, Registered Agent
350 N. St. Paul Street, Suite 2900
Dallas, TX 75201

JPMorgan Chase Bank, NA and its affiliates, successors, or assigns
C T Corp. System, Registered Agent
350 N. St. Paul Street, Suite 2900
Dallas, TX 75201

Sensible Investments, LLC and its affiliates, successors, or assigns
Bradley D. Woy, Registered Agent
902 Spyglass Cove
Coppell, TX 75019

UBS Financial Services, Inc. and its affiliates, successors, or assigns
Corp. Service, Registered Agent
211 E. 7th Street, Suite 620
Austin, TX 78701

**Application for Writs of Garnishment – Page 2**

The United States believes the garnishees and their affiliates, successors, or assigns have possession, custody, or control of substantial nonexempt property belonging to or due Woy and/or his spouse, including but not limited to nonexempt disposable earnings. Earnings include wages, salary, commissions, bonuses, and periodic payments from a pension or retirement program. *See* 28 U.S.C. § 3002(6). Disposable earnings are that part of earnings remaining after all deductions required by law have been withheld, such as federal income, Social Security, and Medicare taxes. *See* 28 U.S.C. § 3002(5).

To enforce a judgment, the United States may garnish 25% of nonexempt disposable earnings or the excess of nonexempt disposable earnings over 30 times the federal minimum hourly wage, whichever is less. *See* 15 U.S.C. § 1673; and 28 U.S.C. § 3002(9).

The United States is entitled to a surcharge of 10% of the debt to cover the costs of collecting the debt. *See* U.S.C. § 3011(a).

        Respectfully submitted,

        JAMES T. JACKS
        UNITED STATES ATTORNEY

        */s/ Megan J. Fahey*
        Megan J. Fahey
        Assistant United States Attorney
        Texas State Bar No. 24043655
        Burnett Plaza Suite 1700
        801 Cherry Street Unit 4
        Fort Worth, Texas 76102-6882
        Telephone: 817.252.5200
        Facsimile: 817.252.5459
        Megan.Fahey@usdoj.gov

JS 44 (TXND Rev. 2/10)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

RECEIVED BY _aaa_
AUG 12 2011
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## I. (a) PLAINTIFFS
United States of America

**DEFENDANTS**
Bradley D. Woy

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Dallas
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Megan J. Fahey, AUSA   817.252.5200
Burnett Plaza Ste 1700, 801 Cherry Street #4
Fort Worth, TX 76102-6882

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☒ 1  U.S. Government Plaintiff
☐ 2  U.S. Government Defendant
☐ 3  Federal Question (U.S. Government Not a Party)
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 530 General | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 3205--Garnishment
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 775,166.61
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) PENDING OR CLOSED:
(See instructions)
JUDGE  David C. Godbey
DOCKET NUMBER  3:03-CR-270-02

DATE  8/11/11
SIGNATURE OF ATTORNEY OF RECORD  /s/ Megan J. Fahey

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____