IN THE UNITED STATES DISTRICT COURT
FOR THE NORHTERN DISTRICT OF TEXAS
DALLAS DIVISION



| | | |
|---|---|---|
| UNITED STATE OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | No. 3:11-CV-2006-M |
| v. | § | |
| | § | |
| BRADLEY D. WOY, | § | |
| | § | |
| Defendant, | § | |
| | § | |
| v. | § | |
| | § | |
| EXPRESS WORKING CAPITAL, LLC, | § | |
| | § | |
| Garnishee. | § | |

## ANSWER OF GARNISHEE

I, Joe Womack,

affirm that I am the principal, owner, partner, officer, director, or manager of Garnishee, Express Working Capital, LLC (Garnishee), and have the authority to complete and sign this answer.

On March 6, 2012, Garnishee was served with the Writ of Garnishment ("Writ") via facsimile to my attorney, Cuccia Legal, PLLC; the Writ was written for an unrelated group named "Express Working Group, LLC." However, Garnishee is responding to the Writ, as if Garnishee was served on March 6, 2012.

1. Is Defendant Bradley D. Woy (Woy) an employee of or contractor with Garnishee?

    **XXX** Yes

    ___No

2. Is defendant's spouse, Krystal C. Woy, an employee of or contractor with Garnishee?

___Yes

**XXX** No

3. Pay period is ___weekly, **XXX** bi-weekly. Enter the dates that the present pay period began and ends. ("Present" is the pay period in which the writ was served.) **03/01/2012 to 03/15/2012.**

4. Enter gross earnings (including all wages, salary, commissions, bonuses, overtime pay, and periodic payments from a pension or retirement program) and all deductions required by law for one pay period and calculate below:

   | | | |
   |---|---|---|
   | 1. | Gross earnings | $3,000.00 |
   | 2. | Federal income tax | $270.00 |
   | 3. | Social Security tax | $120.00 |
   | 4. | Medicare tax | $45.00 |
   | 5. | State income tax | $0.00 |
   | 6. | Net earnings | $2,565.00 |

   (#1 less #2-5)

5. Other than earnings listed above, Garnishee has possession, custody, or control of the following property, accounts or funds, such as sick leave, annual leave, retirement, pension, 401(k), SEP, IRA, IRA rollover, health savings, stock, stock purchase, and/or profit sharing in which Woy and/or his spouse maintains an interest:

   | Description of Property | Approximate Value |
   |---|---|
   | 1. N/A | $ N/A |

6. Are other garnishments in effect? If yes, describe below and include the amount being withheld from Woy and/or his spouse. **No.**

7. Other than earnings, property, accounts, or funds listed above, Garnishee anticipates owing Woy and/or his spouse the following amounts in the future:

   | | Amount | Estimate Date or Period Due |
   |---|---|---|
   | 1. | $ 0 | N/A |

8. If separate from Garnishee, the company or person named below has possession, custody, or control of Woy's and/or his spouse's earnings, property, accounts, or funds:

   Company Name:_____

   Contact Person:_____

   Address:_____

   City, State, Zip:_____

   Telephone:_____

   Email:_____

Garnishee mailed the original of this answer to the United State District Clerk, 1100 Commerce Street, Room 1452, Dallas, Texas 75242; and copies to Bradley D. Woy, c/o William B. Mateja, Fish & Richardson, 1717 Main Street, Suite 5000, Dallas, Texas 75201; Krystal C. Woy, 902 Spyglass Cove, Coppell, Texas 75019; and Megan J. Fahey, Assistant United States Attorney for the Northern District of Texas, Burnett Plaza, Suite 1700, 801 Cherry Street, Unit 4, Fort Worth, Texas 76102.

_____    JOE WOMACK
Joe Womack, President          (Print Name)

Address: 545 E John Carpenter Freeway #670

City, State, Zip: Dallas, Texas 75062

Telephone: 866-962-4922

Email: jwomack@theexpressteam.com


STATE OF Dallas

COUNTY OF Texas

Subscribed and sworn to before me this 9th day of March 2012.

_____    My Commission expires: 10/13/15
Notary Public Signature        (Seal)



MARY ELIZABETH REINAUER
Notary Public, State of Texas
My Commission Expires
October 13, 2015

Answer of Garnishee-Page 4

